IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**HAROLD BLACH, JR.,**
    **Plaintiff,**

vs.                                     **CASE NO: 2:11-cv-00527-KOB**

**SAL DIAZ-VERSON,**
    **Defendant.**

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on January 30, 2012, recommending that the court deny defendant's motion to dismiss (doc. 3). The magistrate judge also recommends that the court treat the plaintiff's motion to dismiss (doc. 8) as a summary judgment, grant it and dismiss all of the defendant's counterclaims. Additionally, the magistrate judge recommends that the court grant the plaintiff's motion for summary judgment (doc. 14) and enter a final judgment in favor of the plaintiff in the amount of **$158,343.40**, plus the applicable rate of post-judgment interests and costs. No parties filed any objections.

Having carefully reviewed and considered de novo all the materials in the court file, including the magistrate judge's report and recommendation, the court finds that the magistrate judge's report is due to be ADOPTED and the court ACCEPTS his recommendation. The court DENIES the defendant's motion to dismiss (doc. 3). The court treats the plaintiff's motion to dismiss (doc. 8) as a summary judgment motion, GRANTS the plaintiff's motion and DISMISSES WITH PREJUDICE the defendant's counterclaims.

Moreover, the court EXPRESSLY FINDS that no genuine issue of material fact exists as to the claims in plaintiff's Complaint and that the plaintiff is entitled to judgment as a matter of

law.  Accordingly, the court GRANTS the plaintiff's motion for summary judgment (doc. 14) and finds that a final judgment should be entered in favor of the plaintiff in the amount of **$158.343.40**, plus the applicable rate of post-judgment interest and costs.  The court will enter a separate order.

    **DONE and ORDERED** this 12th day of March 2012.

                                            */s/ Karon O. Bowdre*
                                            KARON OWEN BOWDRE
                                            UNITED STATES DISTRICT JUDGE